**Wayne M. PARSONS, Petitioner–Appellant,**

**v.**

**David A. GARRAGHTY, Respondent–Appellee.**

No. 00–7623.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 15, 2001.

Wayne M. Parsons, pro se.

Michael Thomas Judge, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Wayne M. Parsons seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Parson's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Parsons v. Garraghty*, No. CA–00–490–3 (E.D.Va. Oct. 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*